

☒ FILED    ☐ LODGED

**Mar 11 2022**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# United States District Court
for
## District of Arizona

U. S. A. vs. Mikesha Rochelle Davis
Docket No. 2:21-cr-00774-DLR-1          T-SEALED
AUSA: Brian E. Kasprzyk
Defense Attorney: John W. Rood

### PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW **MARGARITA HERNANDEZ POWELL**, PRETRIAL SERVICES OFFICER, of the Court presenting an official report upon the conduct and attitude of releasee: <u>Mikesha Rochelle Davis</u>, who was released by the Honorable Deborah M. Fine sitting in the Court at Phoenix, on the 8th day of November, 2021, who fixed bail at personal recognizance and imposed the general terms and conditions of bail release adopted by the Court and also imposed special conditions as follows:

### PLEASE REFER TO THE ORDER SETTING CONDITIONS OF RELEASE

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**ALLEGED VIOLATION:**

1) **The defendant shall not use or possess a narcotic drug or other controlled substance (as defined by 21 U.S.C. § 802) unless prescribed for the defendant by a licensed medical practitioner; this provision does not permit the use or possession of medicinal marijuana even with a physician's written certification. The defendant shall not possess, ingest, or otherwise use a synthetic cannabinoid or synthetic narcotic. The defendant shall participate in drug treatment and submit to drug testing and make copayment toward the cost of such services, as directed by Pretrial Services. The defendant shall not obstruct or attempt to obstruct or tamper, in any fashion, with the efficiency and accuracy of any substance use testing or monitoring.**

On March 9, 2022, the defendant reported to the U.S. Pretrial Services Office and submitted a random drug test which was presumptive positive for marijuana and cocaine. The defendant admitted to using marijuana on or about February 2, 2022 but denied cocaine use. The urinalysis sample was sent to Alere Toxicology for confirmation.

2) **Report as directed to the U.S. Pretrial Services, 401 West Washington St., Phoenix, AZ, Suite 260.**

On March 5, 2022, the defendant was instructed to report to the U.S. Pretrial Services' Office on March 7, 2022, to submit to a urinalysis test. Also, on March 7, 2022, the defendant was instructed to report to the U.S. Pretrial Services' Office via electronic messaging the same day. The defendant failed to report as instructed on March 7, 2022.

cc: PTS

Page 2
RE:  Mikesha Rochelle Davis
March 11, 2022

**AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A SUMMONS BE ISSUED.**

In conformance with the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.  Based on the information presented that the defendant has violated conditions of release, I am petitioning the Court to issue a summons.

_____
Margarita  Hernandez Powell
U.S Pretrial Services Officer

March 11, 2022
_____
**Date**

**Reviewed by**

_____
Chris  Jantonio
Supervisory U.S. Pretrial Services Officer

March 11, 2022
_____
**Date**

**ORDER OF COURT**

I find there is probable cause to believe the defendant has violated conditions of release, supported by the above affirmation given under penalty of perjury.  The Court orders the issuance of a summons.  Considered and ordered this 11 day of March, 2022, and ordered filed and made a part of the records in the above case.

_____
**The Honorable DEBORAH M. FINE**
**U.S. Magistrate Judge**